# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:23-mj-00297 |
| | ) Assigned to: Judge Meriweather, Robin M. |
| Justin Schulze | ) Assign Date: 11/7/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| _____ | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Justin Schulze _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful
Authority;
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a  Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,

Date:     11/07/2023                                    2023.11.07
                                                            16:49:14 -05'00'
                                               _____
                                               *Issuing officer's signature*

City and state:        Washington, D.C.            Robin M. Meriweather, U.S. Magistrate Judge
                                                         *Printed name and title*

---

### Return

This warrant was received on *(date)* 11/13/2023 , and the person was arrested on *(date)* 11/13/2023
at *(city and state)* Denver, Colorado .

Date: 11/13/2023  _____
                                               John W. Smith
                                               *Arresting officer's signature*

                                               John W. Smith - Special Agent - FBI
                                               *Printed name and title*

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case: 1:23-mj-00297 |
| Justin Schulze | ) Assigned to: Judge Meriweather, Robin M. |
| DOB: | ) Assign Date: 11/7/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,

18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a   Restricted Building or Grounds ,

40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building,

40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building,

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_John W. Smith_

*Complainant's signature*

John W. Smith, Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___11/07/2023___

2023.11.07
16:44:23 -05'00'

*Judge's signature*

City and state: _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*

Case: 1:23-mj-00297
Assigned to: Judge Meriweather, Robin M.
Assign Date: 11/7/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, John W. Smith, is a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Denver Division. In my duties as a Special Agent, I investigate criminal violations relating to terrorism, civil rights, and online threat communications. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

## FACTS SPECFIC TO JUSTIN R. SCHULZE

After January 6, 2021, two separate persons, (TIPSTER 1 and TIPSTER 2) provided information to the FBI that an individual, identified as JUSTIN R. SCHULZE, participated in the events at the U.S. Capitol on January 6, 2021. TIPSTER 1 was interviewed in person by the FBI on May 28, 2021, and again on July 20, 2021. TIPSTER 2 provided an online tip to the FBI on January 16, 2021, and was interviewed on June 3, 2021, and September 22, 2021. The TIPSTERS did not refer to each other and it is unknown whether they are aware of each other.

TIPSTER 1 traveled with a group from Colorado to Washington, D.C. to attend President Trump's speech on January 6, 2021. The leader of their group was ERIC ZEIS and they travelled in his van. Another member of the group, whose last name he/she did not know, was JUSTIN. During the July 20, 2021, interview with the FBI, TIPSTER 1 reviewed the Colorado Driver's License photo of JUSTIN R. SCHULZE and confirmed the person pictured is the JUSTIN being referenced. TIPSTER 1 elaborated that ZEIS and SCHULZE had been friends for many years. According to TIPSTER 1, on the night of January 6, 2021, SCHULZE claimed he and ZEIS had entered the U.S. Capitol earlier that day.

Over the course of the investigation, Capitol Police closed circuit TV (CCTV) and open-source media were reviewed. In the CCTV and open sources, SCHULZE can be seen wearing a jean jacket with a fur collar, a red Hawaiian shirt, grey knit hat, and black gator. ZEIS can be seen wearing a black jacket with a black hood (often pulled up), red backpack, and sunglasses.

An open source revealed that SCHULZE and ZEIS attended the "Stop the Steal" Rally before walking to the Capitol. Below is a still (**Image 1**) of SCHULZE (yellow circle) at the rally.



**Image 1**

SCHULZE (yellow circle) and ZEIS (blue circle) traveled from the Rally to the Capitol grounds, stopping in front of the Department of Justice on their way as seen in **Image 2** below:



**Image 2**

SCHULZE and ZEIS spent time on the west side of the Capitol before going to the East side. Below SCHULZE and ZEIS are seen near the media tower erected in front of the Inaugural Stage (**Image 3**):



**Image 3**

On the East side of the Capitol grounds, ZEIS and SCHULZE joined a large group that forced officers from the United States Capitol Police (USCP) to retreat to the East Rotunda doors. In **Image 4**, ZEIS', wearing his backpack, can be seen above SCHULZE's jacket, hat, and gator (green box).



**Image 4**

ZEIS and SCHULZE (green box) positioned themselves in a large group, outside the East Rotunda doors, that pushed against USCP officers to get inside. USCP officers made numerous commands for the crowd to stop and deployed OC spray to no avail. Members of the mob chanted "Stop the Steal!" and "Our house!" as rioters banged on the glass windows. SHULZE's gator and hat and ZEIS' sunglasses and hood can be seen in **Image 5** below.



**Image 5**

At approximately 2:25 p.m., the Rotunda door was successfully breached. Your affiant reviewed the January 6, 2021, surveillance camera footage from inside the U.S. Capitol SCHULZE was observed entering the U.S. Capitol at approximately 2:26 p.m. ZEIS was pinned against the closed door that has visible damage to the window (**Image 6).** ZEIS was able to successfully force himself inside. SCHULZE was right behind ZEIS' entrance (**Image 6 and Image 7**).



**Image 6**



**Image 7**

Your affiant was able to track most of SCHULZE's movements inside the U.S. Capitol by reviewing CCTV. SCHULZE and ZEIS made their way to varying parts of the Capitol such as the Rotunda (**Image 8**), Statuary Hall (**Image 9**), the Statuary Hall Connector where they emersed themselves in a large group confronting officers guarding the U.S House of Representatives chambers (**Image 10**).



**Image 8**



**Image 9**



**Image 10**

After the line of officers were overtaken, SCHULZE and ZEIS were captured standing outside the outer chamber doors (**Image 11**). Here rioters chanted "BREAK IT DOWN!" referring to the doors which lead to the chamber of the U.S. House of Representatives.



**Image 11**

SCHULZE and ZEIS were captured by CCTV in hallways between the House Chamber and the Speaker's Lobby (**Image 12 and Image 13**).



**Image 12**



**Image 13**

SCHULZE and ZEIS eventually retraced their steps back throughout the Capitol stopping in the Rotunda. ZEIS is seen, in an open-source video, joining a group who collectively pushed officers. At 1:02:23 of the video[1], after shoving forward, ZEIS turned around and called out "Justin." **Image 14**. SCHULZE then joined the group pushing against the officers.



**Image 14**

---

[1] https://archive.org/details/dNja7HbNLHztWGcbo

SCHULZE and ZEIS exited the U.S. Capitol on January 6, 2021, at 3:07 p.m. through the same Rotunda Door as seen in **Image 15** (green box).



**Image 15**

TIPSTER1 and TIPSTER 2 were shown a clean copy of **Image 10**. On July 20, 2021, TIPSTER 1 identified ZEIS as the person on the right and SCHULZE as the person on the left. TIPSTER 1 elaborated that SCHULZE was wearing the same red "Hawaiian Style" shirt when he left the hotel on the morning of January 6, 2021, and when he returned to the hotel later that evening.

TIPSTER 2 has known both ZEIS and SCHULZE socially for many years. TIPSTER 2 commented that the two people in **Image 10** are "for sure them" and elaborated that he/she meant SCHULZE and ZEIS.

TIPSTER 2 reported to the FBI that SCHULZE posted a story/video on Instagram on January 6, 2021, that was titled "Storming the Capitol." SCHUZE was wearing a jean jacket in the Instagram post. TIPSTER 2 advised that the jean jacket that SCHULZE was wearing in the Instagram post is the same jacket that he is wearing in **Image 10**.

TIPSTER 2 provided SCHULZE's phone number as 937-422-79**[2].   FBI investigation shows that AT&T Corporation is the service provider for 937-422-79**.

The FBI obtained and executed a search warrant to AT&T for phone number 937-422-79** for the period January 1, 2021, to January 15, 2021.  The responsive records provided by AT&T confirmed that the subscriber of the phone number during this time was SCHULZE and location data confirmed the phone was in the vicinity of the U.S. Capitol on January 6, 2021.

Your affiant interviewed SCHULZE outside of his residence on July 21, 2022.  SCHULZE was cooperative throughout the interview and admitted to being inside the U.S. Capitol on January 6, 2021.  SCHULZE was shown copies of images 6-10, 12-13, and 15 and confirmed he is the person in the images.  SCHULZE confirmed his phone number on January 6, 2021, was 937-422-79** and that he had the phone with him inside the U.S. Capitol.

Based on the foregoing, your affiant submits that there is probable cause to believe that JUSTIN R. SCHULZE violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that JUSTIN R. SCHULZE violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Finally, your affiant submits there is probable cause to believe that JUSTIN R. SCHULZE violated 18 U.S.C. 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

---

[2] Your affiant has removed the last two digits of this telephone number for privacy purposes. Your affiant knows the last two digits.

John W. Smith
Special Agent FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 7th day of November 2023.

2023.11.07
16:53:32 -05'00'

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

United States of America
v.

Justin Schulze

_____
*Defendant*

)
)
)
)
)
)

Case: 1:23-mj-00297
Assigned to: Judge Meriweather, Robin M.
Assign Date: 11/7/2023
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Justin Schulze _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment          ❒ Superseding Indictment          ❒ Information          ❒ Superseding Information          ☒ Complaint

❒ Probation Violation Petition          ❒ Supervised Release Violation Petition          ❒ Violation Notice          ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful
Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a  Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder

Date:   _____11/07/2023_____

2023.11.07
16:49:14 -05'00'

_____
*Issuing officer's signature*

City and state:   _____Washington, D.C._____

_____Robin M. Meriweather, U.S. Magistrate Judge_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .
|
| Date: _____          _____
*Arresting officer's signature*

_____
*Printed name and title* |

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>JUSTIN SCHULZE<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No. 23-mj-189-JPO

Charging District's Case No. 23-mj-297

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*

UNITED STATES DISTRICT COURT FOR D.C.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☑     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/13/2023

*Defendant's signature*

*Signature of defendant's attorney*

Warren Price

*Printed name of defendant's attorney*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                              Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Justin Schulze | ) |
| *Defendant* | ) |

Case No.   1:23-mj-00189-1

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

on   as directed _____

*date and time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 06/21 D/CO) Additional Conditions of Release

Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                          *Custodian*                                              *Date*

( ☐ )  (a)  The defendant must reside with the third party custodian at an address approved by the pretrial services office or supervising officer.

( ☑ )  (7)  The defendant must:
( ☑ )  (a)  submit to supervision by and report for supervision to the U.S. Probation Office - District of Colorado - Colorado Springs telephone number  719-471-3387 , as directed: 212 North Wahsatch Avenue, Suite 300 Colorado Springs, CO 80903
( ☑ )  (b)  continue or actively seek employment, if legally allowed to do so.
( ☐ )  (c)  continue or start an education program.
( ☑ )  (d)  surrender any passport to the Clerk, U.S. District Court within 2 business days.
( ☑ )  (e)  not obtain a passport or other international travel document.
( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel: restricted to the District of Colorado. Stay away from DC unless for Court, Pretrial, or consulation with attorney.
( ☑ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:

( ☐ )  (h)  participate in medical, psychiatric, and/or mental heath treatment as directed by your supervising officer:

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes:

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.
( ☑ )  (l)  not use alcohol ( ☐ ) at all ( ☑ ) excessively.
( ☑ )  (m)  Except as authorized by court order, the defendant shall not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Except as authorized by court order, the defendant shall not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes). Without the prior permission of the probation officer, the defendant shall not enter any marijuana dispensary or grow facility.
( ☑ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

AO 199B (Rev 06/21 D/CO) Additional Conditions of Release                                                   Page 3  of 4  Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
    ( ☐ ) (i)    **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
             directed by the pretrial services office or supervising officer; or
    ( ☐ ) (ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
             medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
             activities approved in advance by the pretrial services office or supervising officer; or
    ( ☐ ) (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
             court appearances or other activities specifically approved by the court; or
    ( ☐ ) (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However,
             you must comply with the location or travel restrictions as imposed by the court.
             **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
    ( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
    ( ☐ ) (ii)   Radio Frequency; or
    ( ☐ ) (iii)  GPS.
    ( ☐ ) (iv)

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising
    officer.

( ☑ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests,
    questioning, or traffic stops.

( ☑ ) (t)  The defendant shall not act as an informant for any law enforcement agency without prior permission of the Court.

( ☐ ) (u)

( ☐ ) (v)

( ☐ ) (w)

( ☐ ) (x)

( ☐ ) (y)

( ☐ ) (z)

( ☐ ) (aa)

( ☐ ) (bb)

( ☐ ) (cc)

( ☐ ) (dd)

( ☐ ) (ee)

( ☐ ) (ff)

( ☐ ) (gg)

( ☐ ) (hh)

( ☐ ) (ii)

( ☐ ) (jj)

( ☐ ) (kk)

( ☐ ) (ll)

AO 199C  (Rev. 09/08)  Advice of Penalties                                                    Page __4__ of __4__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _____
                                          *Defendant's Signature*

Colorado Springs, Colorado
                                          *City and State*

## Directions to the United States Marshal

(   ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: __November 13, 2023__                 _____
                                          *Judicial Officer's Signature*

                                          James McHam, U.S. Magistrate Judge
                                          *Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  1:23-mj-00189-1 |
| Justin Schulze | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Justin Schulze _____ *(defendant)*, agree to follow every order of this court, or any
court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( ✓ )    to appear for court proceedings;
    ( ✓ )    if convicted, to surrender to serve a sentence that the court may impose; or
    ( ✓ )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(    ) (1)  This is a personal recognizance bond.

( ✓ ) (2)  This is an unsecured bond of $   10,000.00 _____ .

(    ) (3)  This is a secured bond of $ _____ , secured by:

    (    ) (a) $ _____ , in cash deposited with the court.

    (    ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
            *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of*
            *ownership and value)*:

            If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (    ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above
agreement. The court may immediately order the amount of the bond surrendered to the United States, including the
security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court
may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including
interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;
(2)     the property is not subject to claims, except as described above; and
(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 11/13/2023

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date: 11/13/2023

_____
*Signature of Clerk or Deputy Clerk*

Approved.
Date: November 13 2023

_____
*Judge's signature*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    1:23-mj-00189-JPO |
| | ) | |
| Justin Schulze | ) | Charging District:    District of Columbia |
| *Defendant* | ) | Charging District's Case No.   23-mj-00297 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place:   Court proceeding will be conducted via Zoom | Courtroom No.:  Judge Upadhyaya |
| | Date and Time:   11/21/2023 12:30 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: _November 13, 2023_

_____
*Judge's signature*

James P. O'Hara, United States Magistrate Judge
*Printed name and title*

Query    Reports    Utilities    Help    What's New    Log Out

TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:23-mj-00189-1

Case title: USA v. Schulze

Date Filed: 11/13/2023

Other court case number: 1:23-0029 District of Columbia

Date Terminated: 11/13/2023

---

Assigned to: Magistrate Judge James P. O'Hara

**Defendant (1)**

**Justin Schulze**
*TERMINATED: 11/13/2023*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ; 40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building; 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building; 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder. | |

**Plaintiff**

USA                                 represented by **Rebecca Susan Weber**
                                                    U.S. Attorney's Office
                                                    District of Colorado
                                                    1801 California Street
                                                    Suite 1600
                                                    Denver, CO 80202
                                                    303-454-0332
                                                    Email: Rebecca.Weber@usdoj.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2023 | 1 | RULE 5 AFFIDAVIT as to Justin Schulze from the District of District of Columbia. as to Justin Schulze (1). (Attachments: # 1 Statement of Facts, # 2 Arrest Warrant from DC) (angar, ) (Entered: 11/13/2023) |
| 11/13/2023 | 2 | Arrest of Justin Schulze - Initial Appearance - Rule 5 set for 11/13/2023 at 02:00 PM in Courtroom A 201 before Magistrate Judge James P. O'Hara. (Text Only entry) (angar, ) (Entered: 11/13/2023) |
| 11/13/2023 | 3 | MINUTE ENTRY for Initial Appearance in Rule 5(c)(3) Proceedings as to Justin Schulze held before Magistrate Judge James P. O'Hara on 11/13/2023. Defendant present in custody. Defendant advised. Discussion regarding the ethical risks of Defense counsel representing this Defendant and also representing the Defendant in Colorado Case# 1:23-mj-190-JPO. Defendant waives Rule 5 proceedings in this district and requests that those hearings be held in the prosecuting district. Government not seeking detention. Bond set as to Justin Schulze (1) $10,000 Unsecured. Defendant advised of conditions of bond and remanded for processing and release. Order Requiring Defendant to Appear in the Charging District signed. Hearing concluded. (Total time: 13 minutes, Hearing time: 2:25 - 2:38) <br><br> **APPEARANCES**: Rebecca Weber on behalf of the Government, Warren Price on behalf of the defendant, Seth Junker on behalf of pretrial, (2:25 - 2:38) <br><br> **APPEARANCES**: FTR: 201. (morti, ) Text Only Entry (Entered: 11/13/2023) |
| 11/13/2023 | 4 | WAIVER of Rule 5 & 5.1 Hearings by Justin Schulze (morti, ) (Entered: 11/13/2023) |
| 11/13/2023 | 5 | Unsecured Bond Entered as to Justin Schulze in amount of $ $10,000. (morti, ) (Entered: 11/13/2023) |
| 11/13/2023 | 6 | ORDER Setting Conditions of Release as to Justin Schulze (1) $10,000 Unsecured by Magistrate Judge James P. O'Hara on 11/13/2023. (morti, ) (Entered: 11/13/2023) |
| 11/13/2023 | 7 | ORDER Requiring Defendant to Appear in the Charging District as to Justin Schulze, by Magistrate Judge James P. O'Hara on 11/13/2023. (morti, ) (Entered: 11/13/2023) |
| 11/13/2023 | 8 | MAGISTRATE CASE TERMINATED as to Justin Schulze by Magistrate Judge James P. O'Hara on 11/13/2023. Text Only Entry (morti, ) (Entered: 11/14/2023) |
| 11/14/2023 | 9 | Notice to District of Columbia of Rule 5 or 32 or 40 Initial Appearance: Please use PACER court links to access the public docket and documents. If the District of Colorado has a surrendered passport, it is being mailed to your court via USPS certified mail with return |

receipt. For a bond transmittal, please contact our case administration specialist at [cod.docketing.uscourts.gov] If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov. as to Justin Schulze Your case number is:1:23-mj-00297. (Text Only Entry) (morti, ) (Entered: 11/14/2023)