IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**         *

    v.                                  *

Justin Schulze                       *   Case:   23-mj-297

 Defendant                           *

                          *   *   *   *   *

<u>**APPEARANCE**</u>

    Please enter my appearance on behalf of the Defendant, JUSTIN SCHULZE, in the above-captioned case.

```
           _____/s/_____
           Warren D. Price
           MURPHY & PRICE, LLP
           10 Boulder Crescent, Suite 301
           Colorado Springs, CO 80903
           (719) 368-3853

           ATTORNEY FOR DEFENDANT
```

<u>**CERTIFICATE OF SERVICE**</u>

    I HEREBY CERTIFY that on this 16Th day of November, 2023, a copy of the foregoing appearance was electronically served via email (*rebekah.lederer@usdoj.gov*) to the Office of the United States Attorney at Washington, DC.

```
           _____/s/_____
           Warren D. Price
```