IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | |
| Justin Schulze | * | Case:   23-mj-297 |
| Defendant | * | |

\*   \*   \*   \*   \*

<u>**CONSENT MOTION TO CONTINUE VIDEO ARRAIGNMENT**</u>

**COMES NOW**, the defendant, through undersigned counsel, and **HEREBY** prays this Honorable Court grant a continuance for video telephonic arraignment by the defendant currently scheduled for 21 November 2023 at 1230 EST, and, as reasons, states as follows:

1. The Government has no objection to this motion per Assistant United States Attorney Rebekah Lederer;

2. Counsel for the defendant is scheduled to be in a plea and sentencing hearing at the 5th Judicial District Court in Eagle, Colorado and is concerned about having adequate internet signal at that location;

3. Defendant would like to be with counsel in his office for the arraignment so that he can ask questions and

consult with counsel as necessary;

4. A relatively short delay of the arraignment should not prejudice the government or the defendant;

WHEREFORE, the defendant prays this Honorable Court grant the continuance of the Video teleconference for the arraignment currently scheduled on 11/21/2023.

_____/s/_____
Warren D. Price
MURPHY & PRICE, LLP
10 Boulder Crescent, Suite 301
Colorado Springs, CO 80903
(719) 368-3853

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15Th day of November, 2023, a copy of the foregoing appearance was electronically served via email (*rebekah.lederer@usdoj.gov*) to the Office of the United States Attorney at Washington, DC.

_____/s/_____
Warren D. Price